IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SILAS MARTIN,             )<br>                           )<br>    Plaintiff,          )<br>                           )<br>    v.                     )<br>                           )<br>MARY B. ROBERSON,          )<br>(Individually and official )<br>capacities),              )<br>                           )<br>    Defendant.             ) | CIVIL ACTION NO.<br>   3:20cv630-MHT<br>        (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant Lee County Circuit Clerk denied him access to the courts by refusing to provide him certain pages of the victim's testimony in a trial transcript. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's pending motions be denied and plaintiff's case be dismissed without prejudice for failure to pay the full filing and administrative fees upon initiation of the case. There are no objections to the recommendation.

After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of October, 2020.

                                   /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**