IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SILAS MARTIN,                   )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      3:20cv630-MHT
                                )           (WO)
MARY B. ROBERSON,               )
(Individually and official      )
capacities),                    )
                                )
     Defendant.                 )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

(2) Plaintiff's motion for leave to proceed in forma pauperis (doc. no. 2) is denied.

(3) This lawsuit is dismissed without prejudice for failure to pay the full filing and administrative fees upon initiation of the case.

(4) Plaintiff's motion for preliminary injunction (doc. no. 1) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of October, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE